# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

SHANNON PARSONS,

        Defendant.

2:10-CR-299 JCM (LRL)

ORDER

Presently before the court is the government's proposed order for a criminal forfeiture money judgment of $100,000 against Shannon Parsons. (Doc. #20).

As the government states in its proposed order (doc #20), it has submitted proposed orders of forfeiture twice before in this case. The first proposed order was submitted to the court during the change of plea hearing on July 13, 2010, and the court declined to enter the order of forfeiture. The second proposed order was submitted electronically to the court on September 28, 2010. (Doc. #8). Subsequently on November 1, 2010, and December 21, 2010, the court entered two separate orders (doc. #14 and #18) denying the forfeiture. In each of the court's orders, it held that the personal money judgment was "additional punishment" that was subject to the court's discretion, and not warranted in this case.

The government's present proposed order of forfeiture (doc. #20), once again, is seeking a criminal forfeiture money judgment of $100,000. As the court has previously stated in its orders denying the forfeiture (doc. #14 and #18), it declines to exercise its discretion to impose personal money judgment here.

**James C. Mahan**
**U.S. District Judge**

1   Accordingly,

2   IT IS HEREBY ORDERED ADJUDGED AND DECREED that the government's proposed

3   order of forfeiture (doc. #20) be, and the same hereby is DENIED with prejudice.

4   DATED January 31, 2011.

                                             *[signature: James C. Mahan]*
                                             **UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**

- 2 -